JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RASHAD HARPER, | ) | NO. CV 17-2209-JFW(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| D. ASUNCION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    IT IS ADJUDGED that the action is dismissed without prejudice.


       DATED:  December 21, 2017.



_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE